IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| AUSTIN NAYLOR, | |
|---|---|
| Plaintiff, | 6:22-cv-00719-MK |
| v. | JUDGMENT |
| NEIGHBORLY VENTURES, INC. *et al.*, | |
| Defendants. | |

Based on the record, this case is REMANDED to Benton County Circuit Court, Oregon, Case No. 22CV00003, for further litigation pursuant to 28 U.S.C. § 1447(c).

Dated this 18th day of August 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He/Him)
United States Magistrate Judge